# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

**CASE NUMBER:**

15 01651

All funds in J.P. Morgan Chase Bank account number 713852171 held in the name of Anatoli Valentin Galchavov.

TO: <u>UNITED STATES SECRET SERVICE (USSS)</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>SPECIAL AGENT JOHNATHAN E. WILLIS</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds in J.P. Morgan Chase Bank account number 713852171 held in the name of Anatoli Valentin Galchavov.

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(C), 981(b) and 984.

**concerning a violation of Title** __18__ **United States Code, Section(s)** __1343.__

2015 SEP 29 PM 2:18  FILED

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

<u>J.P. Morgan Chase Bank</u> is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out in Attachment A attached hereto.

9/3/15 @ 11:39 am
**Date and Time Issued**

__Los Angeles, California__
**City and State**

Hon. Rozella A. Oliver, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

[signature]
**Signature of Judicial Officer**

SAUSA Lucas E. Rowe

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/3/15 | 9/3/15 / Time unknown | JP MORGAN CHASE BANK |

**INVENTORY MADE IN THE PRESENCE OF**

SA JOHNATHAN WILLIS

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

ONE (1) CASHIER'S CHECK, # 4555454850, DATED 9/21/15, REMITTER/CHASE, NATIONAL ACCOUNT SERVICES, MADE PAYABLE TO UNITED STATES SECRET SERVICE, IN THE AMOUNT OF $39,744.47.

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 9/29/15

*[signature]* FOR: SA JOHNATHAN WILLIS
Executing Officer's Signature

CHANTAL VALENTINE, SPECIAL AGENT
Printed Name and Title